UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORENZO ADAMSON,

        Plaintiff,

   v.

CITY & COUNTY SAN FRANCISCO, et al.,

        Defendants.

Case No. 16-cv-04370-TEH

**ORDER OF RECUSAL**

I hereby recuse myself from the above-entitled action and request that the case be reassigned.

**IT IS SO ORDERED.**

Dated:   12/09/16

_____
THELTON E. HENDERSON
United States District Judge