UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENZO ADAMSON,**<br>            Plaintiff,<br>   v.<br>**CITY & COUNTY SAN FRANCISCO, ET AL.,**<br>            Defendants. | Case No.  16-cv-04370-YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 12 |

The Motion of defendants City and County of San Francisco and Gregory Suhr to Dismiss under Rule 12(b)(6) and to Strike under Rule 12(f) is **DENIED AS MOOT** in light of the filing of plaintiff's First Amended Complaint on December 26, 2016.  (Dkt. No. 23.)

This terminates Docket No. 12.

**IT IS SO ORDERED.**

Dated:  December 29, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**